IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      *Plaintiff*,

v.                                         **Civ. No. 09-661 WDS/DJS**

$239,140.00 IN UNITED STATES CURRENCY,

      *Defendant*,

JAMES JENNINGS HALLBERG,
AMY HALLBERG,

      *Claimants*.

**FINAL JUDGMENT AND ORDER OF FORFEITURE**

      This matter is before the Court on the Settlement Agreement and Release between the United States and Claimants James Jennings Hallberg and Amy Hallberg.  The Court has reviewed the agreement and is fully advised in the premises.  The Court hereby Orders as follows:

      1.    The United States will return $75,000.00 of defendant $239,140.000 in U.S. Currency to Claimants James Jennings Hallberg and Amy Hallberg.

      2.    All right, title and interest, including any interest of Claimants James Jennings Hallberg and Amy Hallberg, in $164,140.00 of defendant $239,140.00 in U.S. Currency is forfeited to the United States and title thereto is vested in the United States.

      3.    Each party will bear its own costs and attorney's fees in this case.

                                                                         _____
                                                                       UNITED STATES MAGISTRATE JUDGE

| SUBMITTED BY: | APPROVED BY: |
|---|---|
| *Electronically submitted 6/15/10* | *Approved 5/21/10* |
| STEPHEN R. KOTZ | TOVA INDRITZ |
| CYNTHIA L. WEISMAN | 2040 Fourth Street NW |
| Assistant U.S. Attorneys | Albuquerque, NM 87102 |
| P.O. Box 607 | 725 Lomas Blvd. NW |
| Albuquerque, NM 87103 | (505) 242-4003 |
| (505) 346-7274 | and |
| | DAVID BENJAMIN SMITH |
| | English & Smith |
| | 526 King Street, Suite 213 |
| | Alexandria, VA 22314 |
| | (703) 548-8911 |
| | Counsel for Claimants, James Jennings Hallberg and Amy Hallberg |